

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00466-CR

Jodi Renae **MORRISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2112272
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 26, 2024.

_____
Patricia O. Alvarez, Justice